UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 4:08CR00171-BD |
| | ) | |
| CRAIG A. WILSON | ) | |
| | ) | |

## ORDER

Upon motion of the government and for good cause shown, the above case is hereby dismissed.

IT IS SO ORDERED this 15th day of June, 2010.

_____
UNITED STATES MAGISTRATE JUDGE